UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAMERAN YAKOB,

                    Plaintiff,                        25-CV-04286 (AT)(SN)

      -against-                        **ORDER**

LALAV GROUP OF COMPANIES, et al.,

                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed a complaint on May 18, 2025. ECF No. 1. He filed certificates of service on the docket on June 4, 2025, indicating that he served all three Defendants at 1532 16th Street N.W., Washington, D.C. 20036. ECF Nos. 15-17. Based on publicly available information, it appears that Defendant Lalav Group of Companies is a construction company based out of Erbil, Iraq. Defendants Rasheed and Barzani may also reside in a foreign country. Plaintiff, proceeding *pro se*, is encouraged to seek guidance from the City Bar Justice Center's ("CBJC") Federal *Pro Se* Legal Assistance Project for assistance on how to serve a foreign individual under Federal Rule of Civil Procedure 4(f)(1). Information on contacting CBJC is attached to this Order.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      June 18, 2025
                New York, New York

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.