UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAMERAN YAKOB,

                                **Plaintiff,**                          **25-CV-04286 (AT)(SN)**

           -against-                                       **<u>ORDER</u>**

LALAV GROUP OF COMPANIES, et al.,

                                **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has attempted service on the three Defendants by mailing the summonses and complaint to Treefa Aziz, whom Plaintiff asserts is the agent for Defendants. ECF Nos. 15-17. Plaintiff mailed the summonses and complaint to 1532 16th St., N.W., Washington, D.C. 20036. Based on public sources, it appears that this address is the Kurdistan Regional Government Representative Office in the United States. Defendant Masrour Barzani is the Prime Minister of the Kurdistan Region. Plaintiff asserts that this address is the proper address for service in part based on a summons filed in the U.S. District Court for the District of Columbia that indicated that Defendant Masrour Barzani was served at this same location. ECF No. 22. Mr. Barzani did not appear in that case, and it is not sufficient to establish that he can be properly served at this location in this case.

2

Plaintiff may request that the Clerk of Court issue a Certificate of Default. If Plaintiff subsequently requests entry of a default judgment, he must establish that service by mail to the Kurdistan Regional Government Representative Office in the United States is proper service for all three Defendants, as well as establishing the Court's jurisdiction over these Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   July 2, 2025
         New York, New York