```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAMERAN YAKOB,

                         **Plaintiff,**                      25-CV-04286 (AT)(SN)

       **-against-**                                  **ORDER**

LALAV GROUP OF COMPANIES, et al.,

                         **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 15, 2025, *pro se* Plaintiff attempted to file his Memorandum of Law in Opposition to Defendant Masrour Barzani's Motion to Set Aside the Clerk's Certificate of Default. ECF No. 58. After reviewing Plaintiff's filing, it is apparent to the Court that Plaintiff inadvertently filed the wrong document, which appears to be related to a different case (1:24-cv-05082). Accordingly, the Court deems ECF No. 58 to be stricken from the record.

       Plaintiff is directed to refile his Memorandum of Law in Opposition to Defendant Masrour Barzani's Motion to Set Aside the Clerk's Certificate of Default by September 22, 2025. Defendant's Reply shall be filed no later than seven days after service of Plaintiff's corrected opposition brief.

       Plaintiff is also reminded that, pursuant to Local Civil Rule 6.1, his Memorandum of Law in Opposition to Masrour Barzani's Motion to Dismiss is also due on September 22, 2025. To the

extent Plaintiff requires additional time to file either opposition briefs, he may file a request for a reasonable extension by September 19, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 16, 2025
New York, New York