UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAMERAN YAKOB,

                          **Plaintiff,**                    25-CV-04286 (AT)(SN)

       -against-                               **ORDER**

**LALAV GROUP OF COMPANIES, et al.,**

                          **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 3, 2025, *pro se* Plaintiff filed a letter and an accompanying exhibit under seal. ECF No. 64. The Court takes notice of the information Plaintiff submitted and will allow the filing to remain under seal. Counsel for Defendant Masrour Barzani has access to the filing but the Defendants that have not appeared in this case will be unable to access the filing. The Court will address Plaintiff's Motion for Default Judgment in due course.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     November 5, 2025
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2025