UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAMERAN YAKOB,

                            Plaintiff,                      25-CV-04286 (AT)(SN)

            -against-                              <u>ORDER</u>

LALAV GROUP OF COMPANIES, et al.,

                           Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 7, 2025, counsel for Defendant Masrour Barzani filed a letter indicating that they do not have access to Plaintiff's sealed filing (ECF No. 64). The Court confirmed that Defendant's attorney (Richard Edlin) already has access to the sealed filing.

        The Clerk of Court is respectfully requested to also grant access to ECF No. 64 to attorney Benjamin Wood, who recently filed a Notice of Appearance on behalf of Defendant Masrour Barzani.

        Further, Plaintiff is ORDERED to provide Defendant Masrour Barzani's counsel with a courtesy copy of ECF No. 64 and its accompanying attachment via email or mail by no later than Friday, November 14, 2025.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      November 10, 2025
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2025