USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**KAMERAN YAKOB,**

**Plaintiff,**

**-against-**

**LALAV GROUP OF COMPANIES, et al.,**

**Defendants.**

----------------------------------------------------------------X

**25-CV-04286 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 30, 2026, the Honorable Analisa Torres granted Defendant Masrour Barzani's motion to dismiss the claims against him. ECF No. 79. In that Opinion & Order, Judge Torres granted *pro se* plaintiff leave to amend his complaint by September 28, 2026, "if [Plaintiff] has a good faith basis for pleading facts that might establish this Court's personal jurisdiction over Barzani." Id. To date, Plaintiff has not filed an amended complaint.

In light of plaintiff's unrepresented status, the Court provides an additional period to file an amended complaint, until October 16, 2026. If nothing is filed, the Court will proceed with an inquest on damages as to the defaulting defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 5, 2026
New York, New York